IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-01258-BNB

ADENJHA IRVIN,

Plaintiff,

v.

ROGER MONTOYA,

Defendant.

_____

## ORDER

_____

This matter is before me on the **Stipulated Motion to Dismiss** [Doc. # 8, filed May 28, 2014] (the "Motion").  The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees.  Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated May 29, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge